UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No.: 2:25-mj-00163

**SADEQ ABBAS ALHAKEEM**

**O R D E R**

It is hereby **ORDERED** that a Consent Verification Hearing shall take place before the undersigned Magistrate Judge on ***Wednesday, December 3, 2025, at 11:00 a.m.*** in Charleston at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Courtroom 5400.

The United States Attorney is directed to prepare the appropriate paperwork to ensure the appearance of the defendant.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, and the United States Marshals Service.

**ENTER:** October 31, 2025

Dwane L. Tinsley
United States Magistrate Judge